```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00354
   RONNIE E JONES
   MELISSA A JONES                          CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9938    SSN XXX-XX-2290

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/05/2005 and was confirmed 04/04/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated 100.00% from remaining funds.

      The case was dismissed after confirmation 02/04/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 HSBC AUTO FINANCE          SECURED              3000.00      384.67       3000.00
 HSBC AUTO FINANCE          UNSECURED            8029.32         .00       1821.35
 WASHINGTON MUTUAL          CURRENT MORTG       17832.39         .00      17832.39
 WASHINGTON MUTUAL          MORTGAGE ARRE       13864.72         .00      13864.72
 CAVALRY PORTFOLIO SERVIC   UNSECURED           12386.06         .00       2809.64
 AMMERITECH                 UNSECURED           NOT FILED        .00            .00
 ARONSON FURNITURE          FILED LATE           4847.03         .00            .00
 AT&T BROADBAND             UNSECURED           NOT FILED        .00            .00
 CAPITAL ONE BANK           UNSECURED           NOT FILED        .00            .00
 CHECK INTO CASH            UNSECURED           NOT FILED        .00            .00
 CITY OF CHICAGO PARKING    UNSECURED            2060.00         .00        467.28
 COMMONWEALTH EDISON        UNSECURED           NOT FILED        .00            .00
 CONSUMER PORTFOLIO SERVI   UNSECURED           NOT FILED        .00            .00
 DUPAGE COUNTY COLLECTOR    UNSECURED           NOT FILED        .00            .00
 EVERGREEN FINANCE          UNSECURED           NOT FILED        .00            .00
 EVERGREEN FINANCE          UNSECURED           NOT FILED        .00            .00
 FINGERHUT                  UNSECURED           NOT FILED        .00            .00
 FIRST PREMIER BANK         UNSECURED           NOT FILED        .00            .00
 KMART                      UNSECURED           NOT FILED        .00            .00
 ONE IRON VENTURE           UNSECURED           NOT FILED        .00            .00
 PEOPLES GAS LIGHT & COKE   UNSECURED                .00         .00            .00
 SHERMAN ACQUISITION        UNSECURED            2490.69         .00        564.97
 PROVIDIAN                  UNSECURED           NOT FILED        .00            .00
 TCI CABLE CHICAGO          UNSECURED           NOT FILED        .00            .00
 HSBC AUTO FINANCE          NOTICE ONLY         NOT FILED        .00            .00
 CONSUMER PORTFOLIO SERV    UNSECURED              93.90         .00          15.98
 JOHN D IOAKIMIDIS          DEBTOR ATTY         1,700.00                    1,700.00
 TOM VAUGHN                 TRUSTEE                                         2,389.00
 DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 00354 RONNIE E JONES & MELISSA A JONES

```
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   44,850.00

PRIORITY                                              .00
SECURED                                         34,697.11
    INTEREST                                       384.67
UNSECURED                                        5,679.22
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                             2,389.00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                    44,850.00             44,850.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 05/23/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 05 B 00354 RONNIE E JONES & MELISSA A JONES